473 A.2d 1016

In re ESTATE OF Alma L. BROCKERMAN, Deceased.

Appeal of Roberta Lee JACKSON, a/k/a Gerdelmann, Executrix for the Estate of Alma L. Brockerman, Deceased.

Supreme Court of Pennsylvania.

Argued April 12, 1984.

Decided April 16, 1984.

James Asher Lynch, III, Havertown, for appellant.

Henry B. Fitzpatrick, James Weiner, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 16th day of April, 1984, this matter is hereby remanded to the Superior Court. Oral argument is to be heard within thirty days from the date of this Order.